IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01746-REB-MEH

GE PROLEC TRANSFORMERS, INC., a Delaware corporation,

    Plaintiff,

v.

NORTH AMERICAN SUBSTATION L.L.C., a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2010.**

    The Stipulated Motion for Clarification of this Court's Scheduling Orders [filed November 4, 2010; docket #19] is **granted**. The deadlines for the parties' Fed. R. Civ. P. 26(a)(2) disclosures are as follows:

| | |
|---|---|
| Initial expert disclosures: | April 1, 2011 |
| Rebuttal expert disclosures: | May 15, 2011 |

All other deadlines and conference dates remain the same as set forth in the Scheduling Order.