IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01746-REB-MEH

GE PROLEC TRANSFORMERS, INC., a Delaware corporation,

    Plaintiff,

v.

NORTH AMERICAN SUBSTATION L.L.C., a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 8, 2010.**

    The Stipulated Motion for Protective Order [filed November 5, 2010; docket #21] is **granted**. The proposed Protective Order is approved, executed and filed contemporaneously with this minute order.