IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01746-REB-MEH

GE PROLEC TRANSFORMERS, INC., a Delaware corporation,

    Plaintiff,

v.

NORTH AMERICAN SUBSTATION L.L.C., a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 13, 2011.**

    The Joint Motion to Postpone Settlement Conference [filed May 11, 2011; docket #36], construed as a request to vacate the upcoming settlement conference, is **granted**. The Settlement Conference currently scheduled for May 17, 2011 is hereby **vacated**. If the parties desire, the Court will schedule a settlement conference later during this litigation upon their request.