IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01746-REB-MEH

GE PROLEC TRANSFORMERS, INC., a Delaware corporation,

    Plaintiff,

v.

NORTH AMERICAN SUBSTATION L.L.C., a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2011.**

    The Stipulated Motion to Modify the October 25, 2010 Scheduling Order [filed June 10, 2011; docket #43] and Defendant's Motion to Modify the October 25, 2010 Scheduling Order [filed June 10, 2011; docket #45] are **denied without prejudice**. The parties' proposed deadlines conflict with the currently scheduled Final Pretrial Conference, Judge Blackburn's trial and trial preparation schedule, and the time necessary for the District Court to consider and adjudicate dispositive motions. The parties are reminded that the trial deadlines, including those for Rule 702 motions and the trial preparation conference, were set in an order by the District Court that is separate from the Scheduling Order in this case. *See* docket #16.