**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01746-REB-MEH

GE PROLEC TRANSFORMERS, INC., a Delaware corporation,

    Plaintiff,

v.

NORTH AMERICAN SUBSTATION SERVICES, INC., a Florida corporation,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#57][1] filed August 23, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#57] filed August 23, 2011, is **APPROVED**;

    2.  That the Trial Preparation Conference set for October 21, 2011, is **VACATED**;

    3.  That the jury trial set to commence November 7, 2011, is **VACATED**; and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

---

[1] "[#57]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

their own attorney fees and costs.

Dated August 23, 2011, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge